UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Aline Arazi, *on behalf of herself and on behalf of all other similarly situated*

                                              Plaintiff,

                    -against-

First Financial Asset Management, Inc.

                                              Defendants.

**STIPULATION OF DISMISSAL**

Civil Action No. 15-cv-05860

Plaintiff, Aline Arazi, hereby voluntarily dismisses this action against defendant, First Financial Asset Management, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other.

An executed faxed copy of this Stipulation shall be deemed as a signed original.


This 5th day of February 2016


/S/ Alan J. Sasson                      /S/ Scott E. Wortman
For the Plaintiff                       For the Defendant
Alan J Sasson                           Scott E. Wortman
Law Office of Alan J. Sasson, P.C.      Warshaw Burstein, LLP
2687 Coney Island Avenue, 2nd Floor     555 Fifth Avenue
Brooklyn, NY 11235                      New York, NY  10017

{924205.1 }